United States District Court
For The District of Columbia

Fatima Smith
600 N Madsion
Apt 238 ARL VA
22203

CASE NUMBER  1:03CV02054

JUDGE: Ellen Segal Huvelle

DECK TYPE: Employment Discrimination

DATE STAMP: 10/06/2003

V

Bright Horizons
1000 Independence
AV SW Wash DC
20585

FILED

OCT - 6 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I was hired as an Assistant Teacher in January 2001. At Numerous Times during my tenure, I requested to leave work for one hour on Friday to attend on obligatory prayer Service at my Masque. Mattie Jackson refused to allow me to leave. On or about February 25, 2002 I requested one day off for the Holiday of Ramadan 30 days of praying – and day time fasting not eating or drink. Ms Jackson again denied my request. One February 27 2002 while I was attending to a child, Ms Jackson grabbed me by both shoulders from behind, shouted at me and shoved me. And hit me with her hands. I would like three or four years back pay, years – and pain and for Decremental Release of Race and Religion – Muslim. Back pay for three years – and a letter from Bright Horizon said Im sorry. ask for $45,000 Dolls.

Fatima Smith

600 N. Madsien
ARL VA 22203
Apt 238.

1